# Exhibit A

Secured Claims
Exhibit A to Plan and Exhibit 4 to Disclosure Statement

| Class | Property Address | POC No. | POC Amount | Property Value | Allowed Sec. Claim | 30 yr. AM at 4.75% | Unsec. Claim |
|---|---|---|---|---|---|---|---|
| | **JP Morgan Chase Bank, N.A.** | | | | | | |
| 1 | 2537 Danielle Lane | Amended 49 | $108,516.38 | $60,000.00 | $60,000.00 | $312.99 | $48,516.38 |
| 1 | 2539 Danielle Lane | Amended 37 | $110,368.55 | $73,000.00 | $73,000.00 | $369.88 | $37,368.55 |
| 1 | 2540 Danielle Lane | 33 | $79,726.63 | $60,000.00 | $60,000.00 | $312.99 | $19,726.63 |
| 1 | 2544 Danielle Lane | Amended 50 | $84,281.11 | $60,000.00 | $60,000.00 | $312.99 | $24,281.11 |
| 1 | 2550 Danielle Lane | 46 | $86,556.42 | $60,000.00 | $60,000.00 | $312.99 | $26,556.42 |
| 1 | 2857 Hanna Place | 36 | $104,975.60 | $70,000.00 | $70,000.00 | $365.15 | $34,975.60 |
| 1 | 2860 Hanna Place | Amended 48 | $107,885.23 | $70,000.00 | $70,000.00 | $365.15 | $37,885.23 |
| 1 | 250 Simba Way | 65 | $97,768.57 | $60,000.00 | $60,000.00 | $312.99 | $37,768.57 |
| 1 | 2533 MacKenzie Lane | 64 | $87,831.70 | $65,000.00 | $65,000.00 | $329.35 | $22,831.70 |
| 1 | 2541 MacKenzie Lane | 63 | $88,504.61 | $60,000.00 | $60,000.00 | $312.99 | $28,504.61 |
| 1 | 2545 MacKenzie Lane | 29 | $86,264.58 | $65,000.00 | $65,000.00 | $329.35 | $21,264.58 |
| 1 | 2547 MacKenzie Lane | 66 | $83,116.87 | $65,000.00 | $65,000.00 | $329.35 | $18,116.87 |
| 1 | 2555 MacKenzie Lane | Amended 51 | $86,851.11 | $65,000.00 | $65,000.00 | $329.35 | $21,851.11 |
| 1 | 2567-2569 McKenzie Lane | 42 | $211,074.53 | $149,800.00 | $149,800.00 | $759.01 | $61,274.53 |
| | | | **$1,423,721.89** | **$982,800.00** | **$982,800.00** | **$5,054.53** | **$440,921.89** |
| | **NRZ Pass-Through Trust V.** | | | | | | |
| 2 | 2542 Danielle Lane | 67 | $84,678.55 | $60,000.00 | $60,000.00 | $312.99 | $24,678.55 |
| 2 | 2546 Danielle Lane | Amended 47 | $87,059.40 | $60,000.00 | $60,000.00 | $312.99 | $27,059.40 |
| 2 | 2845 Hanna Place | Amended 34 | $107,350.06 | $70,000.00 | $70,000.00 | $365.15 | $37,350.06 |
| 2 | 2847 Hanna Place | Amended 58 | $105,634.46 | $70,000.00 | $70,000.00 | $365.15 | $35,634.46 |
| 2 | 2849 Hanna Place | Amended 44 | $111,667.77 | $70,000.00 | $70,000.00 | $365.15 | $41,667.77 |
| 2 | 2851 Hanna Place | Amended 53 | $107,287.19 | $70,000.00 | $70,000.00 | $365.15 | $37,287.19 |
| 2 | 2853 Hanna Place | 62 | $106,543.28 | $70,000.00 | $70,000.00 | $365.15 | $36,543.28 |
| 2 | 243 Simba Way | Amended 59 | $95,828.96 | $60,000.00 | $60,000.00 | $312.99 | $35,828.96 |
| 2 | 2535 MacKenzie Lane | 57 | $90,687.05 | $65,000.00 | $65,000.00 | $329.35 | $25,687.05 |
| 2 | 2537 MacKenzie Lane | 61 | $86,387.55 | $65,000.00 | $65,000.00 | $329.35 | $21,387.55 |
| 2 | 2543 MacKenzie Lane | 60 | $85,746.00 | $65,000.00 | $65,000.00 | $329.35 | $20,746.00 |
| 2 | 2563-2565 Mackenzie Lane | 56 | $215,720.20 | $149,800.00 | $149,800.00 | $759.01 | $65,920.20 |
| | | | **$1,284,590.47** | **$874,800.00** | **$874,800.00** | **$4,511.78** | **$409,790.47** |
| | **MTGLO Investors, LP** | | | | | | |
| 5 | 2553-2555 Danielle | Amended 45 | $188,532.25 | $170,000.00 | $170,000.00 | $861.37 | $18,532.25 |
| | | | **$188,532.25** | **$170,000.00** | **$170,000.00** | **$861.37** | **$18,532.25** |

Secured Claims
Exhibit A to Plan and Exhibit 4 to Disclosure Statement

| | U.S. BANK, N.A., as Trustee of J.P. Morgan Aternative Loan Trust 2007 -S1 Mortgage Pass-Through Certificates | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | 2551 MacKenzie Lane | 41 | $108,144.03 | $65,950.00 | $65,950.00 | $344.03 | $42,194.03 |
| 6 | 2549 MacKenzie Lane | 25 | $103,602.85 | $65,950.00 | $65,950.00 | $344.03 | $37,652.85 |
| 6 | 1783 Raleigh Road | 35 | $98,451.05 | $83,950.00 | $83,950.00 | $437.92 | $14,501.05 |
| 6 | 108 Clover Valley Drive | 55 | $155,259.81 | $110,000.00 | $110,000.00 | $573.81 | $45,259.81 |
| 6 | 233 Chestnut Ridge | 54 | $136,506.37 | $110,000.00 | $110,000.00 | $573.81 | $45,259.81 |
| | | | $601,964.11 | $435,850.00 | $435,850.00 | $2,273.60 | $184,867.55 |
| | Deutsche Bank | | | | | | |
| 8 | 159 Chenault | N/A | N/A | $515,504.83 | $515,504.83 | To be Determined | N/A |
| | | | N/A | $515,504.83 | $515,504.83 | To be Determined | N/A |