# Exhibit B

Case 14-52221-tnw    Doc 622-2    Filed 09/11/17    Entered 09/11/17 10:18:23    Desc
Continuation of Main Document Exhibit B Agreed order US Bank    Page 2 of 6

Case 14-52221-tnw    Doc 572    Filed 03/29/17    Entered 03/29/17 10:23:51    Desc Main
Document    Page 1 of 5

1  Attorneys for Secured Creditor, U.S. Bank N.A., as trustee, on behalf of the holders of of the J.P.
2  Morgan Alternative Loan Trust 2007-S1 Mortgage Pass-Through Certificates, its assignees
   and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.
3

4

5                       UNITED STATES BANKRUPTCY COURT

6                       EASTERN DISTRICT OF KENTUCKY

7                             LEXINGTON DIVISION

8
   In re:                              ) Case No.  14-52221
9                                      )
10 Gary Roland,                        )
                                       ) Chapter 11
11         Debtor.                     )
                                       )
12                                     )
                                       )  **AGREED ORDER OF ADEQUATE**
13                                     )  **PROTECTION REGARDING US BANKS'**
                                       )  **MOTION FOR RELIEF FROM STAY**
14                                     )  **[DOCKET # 431] AND TO SETTLE**
                                       )  **OBJECTION TO CONFIRMATION OF**
15                                     )  **PLAN [DOCKET # 370]**
16                                     )
                                       )
17                                     )
                                       )
18                                     )
                                       ) Judge:
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23 ─────────────────────────────────────

24

25

26

27

28

29

U.S. Bank N.A., as trustee, on behalf of the holders of of the J.P. Morgan Alternative Loan Trust 2007-S1 Mortgage Pass-Through Certificates, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Secured Creditor" herein) and Debtor, Gary Roland ("Debtor" herein), by and through their attorneys of record, now enter into the below stipulation to resolve that Motion for Relief From Stay as to Real Estate Located at 2551 Mackenzie Lane, Lexington, KY 40509 (First Mortgage) [Doc. No. 431] and agree to plan treatment of the indebtedness secured by First Mortgage against said Real Estate to settle U.S. Bank's Objection to Confirmation of Plan [Doc. No. 370].

## RECITALS

A. On 1/4/2007, Debtor, for valuable consideration, made, executed and delivered a Note secured by a First Deed of Trust both in the amount of $70,499.00 on the property commonly known as 2551 Mackenzie Ln, Lexington, KY 40509 ("Subject Property").

B. On or about 9/29/2014, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of Kentucky ("Bankruptcy").

C. As of the date of filing of said bankruptcy case, the total amount of Secured Creditor's claim with regard to the Subject Property was approximately $108,144.03.

D. The parties have conferred and agreed upon the treatment of Secured Creditor's first lien secured by the Subject Property for purposes of Debtor's Chapter 11 Plan and those terms are reflected below.

## THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:

1. The value of the Subject Property is $65,950.00 for the purposes of this instant Chapter 11 case.

2. Secured Creditor will have a secured claim in the amount of $65,950.00 and an unsecured claim of approximately $42,194.03, and the unsecured claim will be reduced to $0 upon confirmation of the plan.

3. Debtor(s) agree(s) to pay the secured claim amount of $65,950.00 at a 4.75% fixed interest rate with payments calculated at a 360 month amortization schedule, with all amounts due upon the maturity date 12/1/2045.

4. All amounts still outstanding upon the maturity date under this agreement, including any deferred non-interest bearing amount, will be due and owing in full on the maturity date 12/1/2045.

5. The principal and interest payment ("P&I" herein) under these agreed terms is approximately $344.03 per month. This amount is approximate, and the formal re-amortization under this agreement will be completed by Secured Creditor after successful confirmation of the Plan of Reorganization that incorporates same.

6. The loan will remain impounded for taxes and insurance on the Subject Property in accordance with the terms of the deed of trust and note. The current amounts due are taxes at $57.66 per month and insurance at $54.92 per month. Debtor Is aware these amounts may fluctuate.

7. The first payment of under this agreement is due 1/1/2016 in the amount of $456.61 per month (principal and interest $344.03 + taxes $57.66 + insurance $54.92). Debtor(s) have not made any payments since filing the Bankruptcy and agree(s) to make payments in this amount until the permanent loan adjustments are made and post confirmation mortgage statement is sent out reflecting the new loan terms and monthly payment amount. Debtor(s) agree(s) to pay the amounts reflected in those statements.

8. Payments shall be made directly to Secured Creditor at Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450, with reference to the last four digits of the Loan Number 7005, or as otherwise directed.

9. All post petition escrow advances will remain due and owing on the loan and will be repaid through an escrow shortage payment post confirmation OR included in the total principal balance due upon maturity. The payment required under this stipulation prior to confirmation does not include an escrow shortage payment. The escrow shortage will be calculated and added to the monthly payment after the permanent loan adjustments are

made and post confirmation mortgage statement is sent out reflecting the new loan terms and monthly payment amount.

10. All other terms of the Deed of Trust and Note not directly altered by this agreement will remain in full force and effect.

11. Secured Creditor has relief from the automatic stay as to the Subject Property upon confirmation of Debtor's Chapter 11 Plan.

12. In the event of a default on payments to Secured Creditor under the terms of this stipulation prior to the entry of the confirmation order, Secured Creditor shall notify Debtor and Debtor's counsel of the default in writing. Debtor(s) shall have ten (10) calendar days from the date of the written notification to cure the default, and Debtor(s) agree(s) to pay an additional $100.00 for attorney fees for each default occurrence. If Debtor(s) fail(s) to cure the default, Secured Creditor may lodge a declaration of default and order terminating the automatic stay and include that the 14-day stay as provided in FRBP 4001(a)(3) is waived. Upon entry of the order the automatic stay shall be terminated and extinguished for purposes of allowing Secured Creditor to notice, proceed with, and hold a trustee's sale of the Subject Property, pursuant to applicable state law and without further Court Order or proceeding being necessary, including any action necessary to obtain complete possession of the Subject Property, including unlawful detainer.

13. In the event of a default on payments to Secured Creditor under the terms of this stipulation after the entry of the confirmation order, Secured Creditor shall may proceed pursuant to the terms of the underlying deed of trust and note, and state and federal law, to obtain complete possession of the Subject Property, including unlawful detainer, without further court order or proceeding being necessary. Any and all default provisions included in Debtor's Chapter 11 plan are not applicable to Secured Creditor with regard to the Subject Property, and Secured Creditor is only bound by the terms included in this stipulation.

4

Stipulation for Plan Treatment, Case No. 14-52221
File No. KY-15-120541

Case 14-52221-tnw Doc 622-2 Filed 09/11/17 Entered 09/11/17 10:18:23 Desc
Continuation of Main Document Page 6 of 6

Case 14-52221-tnw Doc 572 Filed 03/29/17 Entered 03/29/17 16:23:31 Desc Main
Document Exhibit B Agreed Order US Bank Page 5 of 5

14. Debtor(s) agree(s) to incorporate the above agreed terms of lien treatment into any and all existing and future proposed Chapter 11 Plans through either exact language or by attaching this stipulation as an exhibit to the plan, and if any terms in Debtor's(s') Chapter 11 Plan conflict with the terms of this stipulation the terms of this stipulation will control. In the event that Debtor's(s') Chapter 11 Plan does not reflect the language of this stipulation, Debtor(s) agree(s) that the stipulation terms will be incorporated into the confirmation order through exact language, attachment of the stipulation as an exhibit to the confirmation order, or by reference in the confirmation order of the stipulation by document number.

15. Secured Creditor agrees to vote for Debtor's(s') Chapter 11 Plan provided it Debtor has complied with all provisions of this stipulation.

16. If this instant Chapter 11 bankruptcy petition is dismissed and/or converted to another chapter under title 11, Secured Creditor's lien shall remain a valid secured lien for the full amount due under the original Promissory Note and all payments received under this agreement will be applied contractually under the original terms of the Deed of Trust and original Promissory Note.

IT IS SO STIPULATED:

Dated: 8/15/2016                    /s/ Taft A. McKinstry
                                    Taft A. McKinstry
                                    Attorney for Debtor,
                                    Gary Roland


Dated: 8/15/2016                    /s/ Amy E. Gardner
                                    Amy E. Gardner, Attorney for U.S. Bank
                                    N.A., as trustee, on behalf of the holders of
                                    of the J.P. Morgan Alternative Loan Trust
                                    2007-S1 Mortgage Pass-Through
                                    Certificates, its assignees and/or successors,
                                    by and through its servicing agent Select
                                    Portfolio Servicing, Inc.

5

Stipulation for Plan Treatment, Case No. 14-52221
File No. KY-15-120541

---

The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Wednesday, March 29, 2017
(tnw)